99

United States District Court
Southern District of Texas
FILED

JUN 0 5 2019

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No.  M-19-0071-S2 |
| YESENIA YVETTE ARMENDARIZ<br>JEANETTE MICHELLE JIMENEZ | § § | |

### SEALED SECOND SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

#### Count One

On or about December 21, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**YESENIA YVETTE ARMENDARIZ**

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

#### Count Two

On or about December 21, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**YESENIA YVETTE ARMENDARIZ**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 14 kilograms of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

### Count Three

On or about October 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JEANETTE MICHELLE JIMENEZ**

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

A TRUE BILL

_____
FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY